McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GERVAIS,<br>aka ANDREA M. DANGERFIELD<br><br>Defendant. | CASE NO. 2:20-MJ-00189-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 6, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

   Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant ANDREA M. GERVAIS, both individually and by and through her counsel of record, CHRIS COSCA, hereby stipulate as follows:

   1.  The Complaint in this case was filed on December 11, 2020, and Defendant Andrea M. Gervais first appeared before a judicial officer of the Court in which the charges in this case were pending on December 16, 2020. The Court set a preliminary hearing date of January 6, 2021.

   2.  By this stipulation, the parties jointly move to continue the preliminary hearing date to February 25, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government is continuing to provide discovery

STIPULATION                                    1

1 relevant to this case.  Defense counsel needs additional time to review and consider all the evidence and
2 to conduct further investigation.  The parties further agree that the interests of justice served by granting
3 this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
4 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 6, 2021, and February 25, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 4, 2021					McGREGOR W. SCOTT
							United States Attorney

							/s/ ROBERT J. ARTUZ
							ROBERT J. ARTUZ
							Special Assistant U.S. Attorney

Dated:  January 4, 2021					/s/ CHRIS COSCA
							CHRIS COSCA
							Counsel for Defendant
							ANDREA M. GERVAIS

STIPULATION					2

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GERVAIS,<br>aka ANDREA M. DANGERFIELD,<br><br>Defendant. | CASE NO. 2:20-MJ-00189-AC<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: January 6, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 4, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to February 25, 2021, at 2:00 p.m.

2. The time between January 6, 2021, and February 25, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: January 4, 2021

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE