McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDREA M. GERVAIS,<br>aka ANDREA M. DANGERFIELD<br><br>            Defendant. | CASE NO. 2:20-MJ-00189-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: February 25, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant ANDREA M. GERVAIS, both individually and by and through her counsel of record, CHRIS COSCA, hereby stipulate as follows:

1.      The Complaint in this case was filed on December 11, 2020, and Defendant Andrea M. Gervais first appeared before a judicial officer of the Court in which the charges in this case were pending on December 16, 2020. The Court set a preliminary hearing date of January 6, 2021, and by the parties' stipulation the hearing was continued to February 25, 2021, with an exclusion of time.

2.      By this stipulation, the parties jointly move to continue the preliminary hearing date to March 26, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and

1 continuing investigation of the case.  For example, the government is continuing to provide discovery
2 relevant to this case, including additional California EDD records and extractions of seized electronic
3 devices.  Defense counsel needs additional time to review and consider all the evidence and to conduct
4 further investigation.  The parties further agree that the interests of justice served by granting this
5 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
6 3161(h)(7)(A).

7     3. The parties agree that good cause exists for the extension of time, and that the extension
8 of time would not adversely affect the public interest in the prompt disposition of criminal cases.
9 Therefore, the parties request that the time between February 25, 2021, and March 26, 2021, be
10 excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

11     IT IS SO STIPULATED.

Dated:  February 23, 2021      MCGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated:  February 23, 2021      /s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
ANDREA M. GERVAIS

STIPULATION      2

1  McGregor W. Scott
   United States Attorney
2  Robert J. Artuz
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00189-AC |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| ANDREA M. GERVAIS, aka ANDREA M. DANGERFIELD, | DATE: February 25, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to March 26, 2021, at 2:00 p.m.

[Proposed] Findings and Order             1

2. The time between February 25, 2021, and March 26, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  February 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER                      2